# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In re: Emma J. Miles | Bankruptcy No.: 16-42400 |
| | R.S. No.: MRG-1 |
| | Hearing Date: 11/07/2018 |
| Debtor(s) | Time: 9:30 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)    Date Petition Filed: 08/25/2016          Chapter: 13

Prior hearings on this obligation: N/A          Last Day to File §523/§727 Complaints: _____

(B)    Description of personal property collateral (e.g. 1983 Ford Taurus):
N/A

Secured Creditor [  ] or lessor [  ]
Fair market value: $_____          Source of value: _____
Contract Balance: $_____          Pre-Petition Default: $_____
Monthly Payment: $_____          No. of months: _____
Insurance Advance: $_____          Post-Petition Default: $_____
          No. of months: _____

(C)    Description of real property collateral (e.g. Single family residence, Oakland, CA): Single Family Residence, Contra Costa County

Fair market value: $ 425,000.00          Source of value: Debtor's Schedules          If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

Approx. Bal. $ 416,972.78          Pre-Petition Default: $_____
As of (date): 02/12/2018          No. of months: _____
Mo. payment: $ 1,421.58          Post-Petition Default: $ 37,891.96
Notice of Default (date): _____          No. of months: 26
Notice of Trustee's Sale: _____          Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ 416,972.78 | $ 1,421.58 | $ 37,891.96 |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : (Total) | $ 416,972.78 | $ 1,421.58 | $ 37,891.96 |

(D)    Other pertinent information: Movant has not been contacted by the Debtors regarding a loan modification.

/S/ Kristin Zilberstein, Esq.
_____
Signature
Kristin Zilberstein, Esq.
_____
Print or Type Name

Attorney for U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust

CANB Documents Northern District of California